UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

| | |
|---|---|
| Jabreela Wilson, | |
| Plaintiff, | Civil Action No.: |
| v. | |
| Integrity Financial Partners, Inc., | |
| Defendant. | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

For this Complaint, the Plaintiff, Jabreela Wilson, by undersigned counsel, states as follows:

### JURISDICTION

1. This action arises out of Defendant's repeated violations of the Fair Debt Collections Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA"), and the invasions of Plaintiff's personal privacy by the Defendant and its agents in their illegal efforts to collect a consumer debt.

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendant transacts business here and a substantial portion of the acts giving rise to this action occurred here.

### PARTIES

3. Plaintiff, Jabreela Wilson (hereafter "Plaintiff"), is an adult individual residing at 1206 Coolridge Drive, Brandon, Florida 33511, and is a "consumer" as the term is defined by 15 U.S.C. § 1692a(3).

4. Defendant, Integrity Financial Partners, Inc. (hereafter "Defendant"), is a foreign corporation with an address of 4370 West 109th Street, Suite 100, Overland Park, Kansas 66211, operating as a collection agency, and is a "debt collector" as the term is defined by 15 U.S.C. § 1692a(6).

5. The names of the individual collectors are unknown but they will be added by amendment when determined through discovery.

## FACTUAL ALLEGATIONS

6. Plaintiff allegedly incurred a financial obligation that was primarily for family, personal or household purposes, and which meets the definition of a "debt" under 15 U.S.C. § 1692a(5).

7. Thereafter, the alleged debt was purchased, assigned or transferred to Defendant for collection from Plaintiff.

8. The Defendant then began attempts to collect this debt from the Plaintiff, which was a "communication" as defined in 15 U.S.C. § 1692a(2) a copy of which is attached as Exhibit A.

9. The Defendant contacted the Plaintiff at her residence and place of employment without her permission.

10. The Plaintiff mailed the Defendant a letter requesting that the Defendant cease contacting her at her place of employment attached as Exhibit B in March of 2009.

11. The Defendant ignored these requests and continued to contact the Plaintiff's at her place of employment and at home on June 12, 2009, July 2, 2009, July 8, 2009, July 9, 2009, July 14, 2009 and July 20, 2009.

12. The Plaintiff has been adversely affected by the Defendant's action at her place of employment.

13. The Plaintiff has suffered actual damages as a result of these illegal collection communications in the form of humiliation, anger, anxiety, emotional distress, fear, frustration, embarrassment, amongst other negative emotions, as well as suffering from unjustified and abusive invasions of personal privacy at the Plaintiff's home.

## COUNT I

### VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
### 15 U.S.C. § 1692, *et seq.*

14. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

15. The Defendant contacted the Plaintiff at a place and during a time known to be inconvenient for the Plaintiff, in violation of 15 U.S.C. § 1692c(a)(1).

16. The Defendant contacted the Plaintiff at her place of employment, knowing that the Plaintiff's employer prohibited such communications, in violation of 15 U.S.C. § 1692c(a)(3).

17. The Defendant contacted the Plaintiff after having received written notification from the Plaintiff to cease communication, in violation of 15 U.S.C. § 1692c(c) and without prior consent pursuant to 1692 § (c)(b).

18. The Defendant used profane and abusive language when speaking with the consumer, in violation of 15 U.S.C. § 1692d(2).

19. The Defendant violated 15 U.S.C. § 1692c(c) by contacting Plaintiff after Plaintiff had requested the Defendant cease communication with Plaintiff.

20. The Defendant employed false and deceptive means to collect a debt, in violation of 15 U.S.C. § 1692e(10).

21. The Defendant violated 15 U.S.C. § 1692g(b) by failing to provide verification of the debt and continuing its debt collection efforts after Plaintiff had disputed the debt in writing within 30 days after receiving the notice under 15 U.S.C. § 1692g debt validation rights.

22. The foregoing acts and omissions of the Defendant constitute numerous and multiple violations of the FDCPA, including but not limited to, every one of the above-cited provisions.

23. The Plaintiff is entitled to damages as a result of Defendant's violations.

## COUNT II

### VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT
### Fla. Stat. § 559.55 *et seq.*

24. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

25. The Plaintiff is a "consumer" as defined by Fla. Stat. § 559.55(2).

26. The Defendant is a "consumer collection agency" and its individual collectors are each a "debt collector" as defined by Fla. Stat. § 559.55(6).

27. The Defendant communicated information about the alleged debt to a third party, knowing that the third party did not have a business need for such information, in violation of Fla. Stat. § 559.72(5).

28. As a result of Defendant's violations of Fla. Stat. § 559.77, the Plaintiff is entitled to damages.

## COUNT III

### INVASION OF PRIVACY BY INTRUSION UPON SECLUSION

29. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

30. The *Restatement of Torts, Second,* § 652(b) defines intrusion upon seclusion as, "One who intentionally intrudes...upon the solitude or seclusion of another, or his private affairs or concerns, is subject to liability to the other for invasion of privacy, if the intrusion would be highly offensive to a reasonable person."

31. Florida further recognizes the Plaintiff's right to be free from invasions of privacy, thus Defendant violated Florida state law.

32. Defendant intentionally intruded upon Plaintiff's right to privacy by continually harassing Plaintiff with phone calls to her place of employment.

33. The telephone calls made by Defendant to Plaintiff were so persistent and repeated with such frequency as to be considered "hounding the plaintiff" and "a substantial burden to his existence," thus satisfying the *Restatement of Torts, Second,* § 652(b) requirement for an invasion of privacy.

34. The conduct of the Defendant in engaging in the illegal collection activities resulted in multiple invasions of privacy in such a way as would be considered highly offensive to a reasonable person.

35. As a result of the intrusions and invasions, Plaintiff is entitled to actual damages in an amount to be determined at trial from Defendant.

36. All acts of Defendant and its agents were committed with malice, intent, wantonness, and recklessness, and as such, Defendant is subject to punitive damages.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendant:

1. Actual damages pursuant to 15 U.S.C. § 1692k(a)(1) against Defendant;

2. Statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A) against Defendant;

3. Costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3) against Defendant;

4. Actual and statutory damages pursuant to Fla. Stat. § 559.77;

5. Actual damages from Defendant for the all damages including emotional distress suffered as a result of the intentional, reckless, and/or negligent FDCPA violations and intentional, reckless, and/or negligent invasions of privacy in an amount to be determined at trial for Plaintiff;

6. Punitive damage; and

[INTENTIONALLY LEFT BLANK]

7. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: July 29, 2009

Respectfully submitted,

By *[signature]*

Rinky S. Parwani
Attorney at Law
Florida Bar No. 639624
9350 Bay Plaza Boulevard, Suite 120-23
Tampa, FL 33619
Telephone: (813) 514-8280
Facsimile: (813) 514-8281
rinky@parwanilaw.com

P.O. Box 1997
Southgate, MI 48195-0997


**Integrity** Financial Partners, Inc.

4370 W. 109th Street, Suite 1
Overland Park, KS 662
Local Phone: 816-949-85
Toll Free: 866-851-23

IFPI/20075757/1   286001057624   2901/0002901/0014

Jabreela Wilson
1206 Coolridge Dr
Brandon, FL 33511-8301

February 18, 2009

**Account Information**
Creditor: NetCash USA
Account #: 20075757
IFP#: 243106
Balance Due: $790.00

Dear Jabreela Wilson:

Our office has been retained by NetCash USA to collect on an overdue account. This letter is an attempt to collect a debt, and any information will be used for that purpose. This communication is from a debt collector. Calls to or from this company may be monitored and recorded for quality assurance.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

**Hours of Operation:** Mon through Thu: 8am to 8pm CT   Fri: 8am to 5pm CT   Saturday: 8am to 12pm CT

------- DETACH AND RETURN WITH PAYMENT -------

**Account Information**
Creditor: NetCash USA
Account #: 20075757
IFP#: 243106
Balance Due: $790.00

Amount Due: $790.00
Amount Paid:
$☐☐☐☐☐.☐☐

Jabreela Wilson
1206 Coolridge Dr
Brandon, FL 33511-8301

Integrity Financial Partners, Inc.
P.O. Box 11530
Overland Park, KS 66207-4230

Exhibit A

**Hours of Operation:** Mon through Thu: 8am to 8pm CT   Fri: 8am to 5pm CT   Saturday: 8am to 12pm CT

**From:** DoNotReply@IFP-Email.com (DoNotReply@IFP-Email.com)
**To:** breela523@yahoo.com
**Date:** Tuesday, February 24, 2009 5:15:46 PM
**Subject:** Your Account with NetCash USA

Account Number: 20075757
Current Balance: $790.00

Recently, you received a letter regarding your past due account with NetCash USA. In the letter, the toll-free number (866)-851-2352 displayed is incorrect. The correct number is (866)-951-2352. Please contact us at this number to discuss your account. This communication is an attempt to collect a debt, and any information will be used for that purpose. This communication is from a debt collector.

Please mail all payments to the following address:
Integrity Financial Partners, Inc.
P.O. Box 11530
Overland Park, Kansas 66207-4230

Sincerely,

Integrity Financial Partners, Inc.
4370 W. 109th Street
Suite 100
Overland Park, Kansas 66211
(866) 951-2352

Exhibit A

http://us.mg2.mail.yahoo.com/dc/launch?.gx=1&.rand=51t8ue4e6vi0a

2/25/2009

1206 Coolridge Drive
Brandon, FL 33511

February 24, 2009

Integrity Financial Partners
4370 W. 109th Street
Suite 100
Overland Park, KS 66211

To Whom It May Concern:

I am writing to inform you that I am disputing all aspects of this debt and have also disputed this debt with Net Cash USA on several occasions from May to June 20, 2008. I <u>never</u> owed the $250 they were calling about then, let alone the $790 stated in the letter from you. I have NEVER done business with that company. The only time the harassment stopped is when I called the Police and solicited them to call Net Cash USA; however Net Cash would not answer the phone that was June 20th. Prior to calling the police I asked Net Cash to show proof I owed this debt because I knew the couldn't and they didn't, all I got was more yelling, name calling and harassment. I don't know how they got my name and number in the first place, but I see all the dirt on them on-line, even though they tried to hide it, and have it printed from back in May 2008 (pages and pages of it).

I don't know what kind of game you playing. I don't know if you have checked out Net Cash as a legitimate business or if YOU are Net Cash USA, but you will be hearing from my lawyer. Any further action against me regarding this matter will result in legal action against you.

Sincerely

*Jabreela Wilson*
Jabreela Wilson

3/9/09 Mike 806-451-8056

Exhibit B

Hyatt Legal 7538297

```
                    *********************
                    ***   TX REPORT   ***
                    *********************

     TRANSMISSION OK

     TX/RX NO                2154
     CONNECTION TEL                    19136632690
     SUBADDRESS
     CONNECTION ID
     ST. TIME                03/11 08:33
     USAGE T                 00'42
     PGS. SENT               3
     RESULT                  OK
```

**1206 Coolridge Drive**
**Brandon Florida 33511**

# facsimile transmittal

| | | | |
|---|---|---|---|
| To: | **Integrity Financial Partners** | Fax: | **913-663-2690** |
| From: | **Jabreela Wilson** | Date: | **3/11/2009** |
| Re: | **Unknown charge** | Pages: | **3** |
| Cc: | | | |

x Urgent   ☐ For review   ☐ Please comment   ☐ Please reply   ☐ Please recycle

**Notes:** Select this text and then delete it or replace with your own. To save changes to this template for future use, choose **Save As** from the **File** menu. In the **Save as type** list, click **Document Template**. The next time you want to use this template, choose **New** from the **File** menu, and then double-click the template.

Exhibit B

1206 Coolridge Drive
Brandon, Florida 33511

March 10, 2009

**Certified Mail Return Receipt Requested**
Integrity Financial Partners', Inc
4370 W. 109th Street Suite 100
Overland Park, KS 66211

RE:   Acct # 20075757
      Jabreela Wilson
      Charge UNKNOWN

To Whom It May Concern:

Per the Fair Deb Collection Practices Act As amended by Public Law 104-208,110 Stat 3009 (September 30, 1996) and Florida State Collection Law I am formerly requesting all documentation regarding the above debt within the required time frames required by the law. I'm enclosing a copy of the letter of your collection efforts I received.

Please send me via mail immediately all documentation regarding these collections including any dates of transactions, how the debts occurred as well as any contract or documents including payments. Specifically, I am looking for the signed contract by me requesting the alleged debt.

Based on my current information this debit is being collected illegally under the law and therefore I expect a letter from you office documenting full and complete payment immediately.

If you have no such documentation of legal collection of this debt, I request a letter immediately retracting your collection efforts or I will consider and pursue any legal claims and rights I may have at that time.

Please do not contact me by way of telephone at my home, work or on cell phone for any reason regarding this matter. You are only authorized to verify at my address above.

Your assistance is very much appreciated.

Very Truly Yours,

*Jabreela Wilson*
Jabreela Wilson
Enclosure

Exhibit B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Integrity Financial Partners
4370 W. 109th Street
Suite 100
Overland Park, KS 66211

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by ( Printed Name )

C. Date of Delivery 3-13-09

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7005 3110 0002 1858 4089

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Exhibit B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Integrity Financial Partners
   4370 W. 109th Street
   Suite 100
   Overland Park, KS 66211

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7005 3110 0002 1858 4089

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**CERTIFIED MAIL**

7005 3110 0002 1858 4089

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

7005 3110 0002 1858 4089

Postage  $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees  $

Postmark Here

Sent To  Integrity Financial Partners, Inc.
Street, Apt. No.; or PO Box No.  4370 W. 109th St; Suite 100
City, State, ZIP+4  Overland Park, KS 66211

PS Form 3800, June 2002   See Reverse for Instructions

---

Exhibit B



Bree Wilson <jbwilson64@gmail.com>

# (no subject)
1 message

**Bree Wilson <jbwilson64@gmail.com>**
Draft

Mon, Jul 21, 2008 at 8:42 AM

To Whom It Concerns;
I am giving you written notice that no one from your company is to contact my place of employment in any way for any reason. If I really took a loan from you you have an alternate number. I have heard your threats and I'm not impressed nor am intimated by them. I told that person "James" or whatever his name is, that I don't have any knowledge of this debt and I would need time to get my statement from that closed bank account to research your claim, which I doubt has any merit. He wouldn't give me your phone number (so I wont be doing any research), he was just continued to be as rude and ignorant as he was trained to be. I am **NOT** afraid of you people. Further more you don't know me or anything about who or what I know, therefore your actions are foolish . I have been on line and I know all about your company practices and your obsene, indecent behavior towards Americans.   I read about how you steel and extort money from them with threats; you compromise their bank accounts and make unauthorized withdrawals wrecking their fianances. Your "loans" are illegal and your collection practices and interest rates are against the law <u>including International Laws.</u>   I have contacted <u>Consumer Affairs</u> and the Federal Trades Commission but Im far from done. I have contacted the <u>payroll department,</u> the HR department and the Legal Department at my place of employment and made them aware of your threats and actions. I have contacted a lawyer and sent him copies of several of the online complaints from other Americans about your companies actions (there were so many complaints). He gave me a list of  agencies, that will help me with your company as well as all your American client, including but not limited to the Office of Mutual Legal Assistance, The Office of International Affairs, The US Justice Department, Homeland Security, the US Department of Criminal Affairs Abroad, The National Institute of Justice, U.N., Consumer Direct- the UK agency which accepts complaints regarding business regulated by the Office of Fair Trading (which licenses debt collectors in the UK) and the office that regulates The Money Laundering Treaty Assessment, which I thought was an interesting choice.

Your cooperation would be appreciated, <u>but not required,</u> while I look into your claim and into other areas that need looking into that involving your company. I strongly advise you to "back off". I assure you that in the end it will not be worth your fraudulant claim of $200 dollar against me.

Sincerely
JB


Jabreela Wilson
Jbwilson64@gmail.com
Home: 813-681-7564
Cell:   617-792-8875


Exhibit B


http://mail.google.com/mail/?ui=2&ik=c83d52f1c0&view=pt&search=drafts&th=11b45db3...   3/6/2009