## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | | |
|---|---|---|
| JABREELA WILSON, | ) | Civil Action No. 8:09-cv-01434-VMC-AEP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| INTEGRITY FINANCIAL | ) | |
| PARTNERS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF PENDING SETTLEMENT

Defendant, Integrity Financial Partners, Inc. ("Defendant" or "Integrity"), by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant have reached a settlement with regard to all claims in this case, including all claims for damages, costs, and fees.  The parties are presently drafting, finalizing, and executing the written settlement agreement and release.  Upon full and complete execution of the mutually agreeable settlement agreement and release, the parties will execute and file a joint stipulation for dismissal with prejudice.

Respectfully Submitted,

/s/ Kenneth C. Grace, Esq. - 0658464
Kenneth C. Grace, Esq.
Florida Bar No.: 0658464
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP
9009 Corporate Lake Drive, Suite 300-S
Tampa, Florida  33634
Telephone No.: (813) 890-2465
Facsimile No.: (813) 889-9757
kgrace@sessions-law.biz
Counsel for Integrity

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of October 2009, a true and correct copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Kenneth C. Grace, Esq. - 0658464
Attorney

N:\Integrity Financial Partners (9442)\Wilson, Jabreela (9442-09-25040)\pleadings\WILSON - Notice of Settlement.doc