UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

| | |
|---|---|
| Jabreela Wilson, | : |
| Plaintiff, | : Civil Action No.: 8:09 CV1434-T33-MAP |
| v. | : |
| Integrity Financial Partners', Inc., | : |
| Defendant. | : |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

COME NOW, Plaintiff, Jabreela Wilson and Defendants, Integrity Financial Partners, Inc., by and through their undersigned counsel, and hereby dismiss this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a) on the grounds that the parties have entered into and executed a Confidential Settlement Agreement and General Release, whereby all of the pending claims in the cause have been compromised and fully resolved. Accordingly, each party shall bear their own attorneys' fees and costs.

[INTENTIONALLY LEFT BLANK]

Page **1** of **3**

DATED this 29th day of October, 2009.

Respectfully Submitted,

| | |
|---|---|
| RINKY S. PARWANI | KENNETH C. GRACE |
| Parwani Law, P.A. | Sessions, Fishman, Nathan & Israel, LLC |
| 9905 Alambra Avenue | 9009 Corporate Lake Drive, Suite 300-S |
| Tampa, Florida 33619 | Tampa, Florida 33634 |
| Telephone (813) 514-8280 | Telephone (813) 890-2465 |
| Facsimile (813) 514-8281 | Facsimile (813) 889-9757 |
| | |
| By: /s/ Rinky S. Parwani | By: /s/ Kenneth Grace |
| Rinky S. Parwani | Kenneth Grace |
| Florida Bar No. 0629634 | Florida Bar No. 0658464 |
| rinky@parwanilaw.com | kgrace@sessions-law.biz |
| | |
| Attorney for Plaintiff | Attorney for Defendants |
| Jabreela Wilson | Integrity Financial Partners, Inc. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of October, 2009, the foregoing was electronically filed with the Clerk of Court using the CM/EFC system, which will send a notice of electronic filing to: kgrace@sessions-law.biz

Kenneth C. Grace, Esq.
Sessions, Fishman, Nathan & Israel, LLC.
9009 Corporate Lake Drive
Suite 300-S
Tampa, Florida 33634
Attorney for Defendant

                                                          /s/ Rinky S. Parwani
                                                          Rinky S. Parwani